```
UNITED STATES DISTRICT COURT
   DISTRICT OF MINNESOTA
```

Jordan Mitchell Blevins,            Civil NO. 18-2270(DSD/DTS)

    Plaintiff,

v.                                           **ORDER**

Todd Pearson, et al.,

    Defendants.


    The above matter comes before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated November 30, 2018. No objections have been filed to that report and recommendation in the time period permitted.

    The court, being duly advised in the premises, on the report and recommendation of the Magistrate Judge, and on all of the files, records and proceedings herein, now makes and enters the following order.

    **IT IS HEREBY ORDERED** that:

    1.   This action is dismissed without prejudice pursuant to 28 U.S.C. § 1915A;

    2.   The application to proceed in forma pauperis of plaintiff Jordan Mitchell Blevins [ECF No. 2] is denied;

    3.   Blevins's motion to amend the complaint [ECF No. 5] is denied as moot;

    4.   Blevins's motion for a jury trial [ECF No. 12] is denied as moot; and

5. Blevins shall pay the unpaid balance ($275.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the clerk of court is directed to provide notice of this requirement to the authorities at the institution where Blevins is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 27, 2018

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court